IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| STANLEY TURNER, | ) | |
| | ) | 4:10CV00059 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| COMMISSIONER OF | ) | |
| SOCIAL SECURITY, | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendant. | ) | |

Before me is the Report and Recommendation of the United States Magistrate Judge

recommending that an Order be entered dismissing this case for failure to prosecute. Rep. and

Recommendation, May 20, 2011, ECF No. 14. On March 23rd, 2011, the Commissioner filed an

Answer to the Plaintiff's Complaint. Answer, Mar. 23, 2011, ECF No. 8. W.D.Va. Rule 4(c)(1)

provides that, in a Social Security case, "[t]he plaintiff must file, within 30 days of service…a

brief." The Plaintiff in this case did not do so, prompting the Magistrate Judge to issue an Order

to Show Cause on May 2nd, 2011. Order to Show Cause, May 2, 2011, ECF No. 13. The

Plaintiff never responded to that Order and never filed any kind of brief. On May 20th, 2011 the

Magistrate Judge issued his Report and Recommendation. Because the Plaintiff has not filed an

objection, I "must only satisfy [myself] that there is no clear error on the face of the record."

Diamond v. Colonial Life & Acc. Ins. Co., 416 F.3d 310, 315 (4th Cir. 2005) (internal quotation

marks and citing reference omitted). Finding none, I **ORDER** that the May 20th Report and

Recommendation be **ADOPTED** in its entirety. This case is hereby **DISMISSED** for failure to

prosecute.

Entered this 7th day of June, 2011.

s/Jackson L. Kiser
Senior United States District Judge